**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **KARSHNA R. SMITH,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Civil Action No.** |
| **v.** | : | **5:08-CV-253(HL)** |
| | : | |
| **DEPARTMENT OF THE AIR FORCE,** | : | |
| **et al.,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**<u>ORDER</u>**

Before the Court is the Department of Air Force's Motion to Dismiss as to Individual Defendants (Doc. 8).  For the following reasons, the Motion is granted.

On July 31, 2008, Plaintiff, a former Air Force employee, filed a Complaint (Doc. 1) alleging that she was subject to employment discrimination in violation of Title VII of the Civil Rights Act of 1964.  Plaintiff named as Defendants the Department of the Air Force and other individuals with whom she worked.  The Department then filed a Motion to Dismiss as to Individual Defendants, arguing that the Secretary of the Air Force, in his official capacity, is the only appropriate Defendant.

The only appropriate defendant in a Title VII action against the federal government is the head of the department or agency in his official capacity.  <u>Canino</u>

1

v. U.S. E.E.O.C., 707 F.2d 468, 472 (11th Cir. 1983).  In this case, Michael B. Donley, in his official capacity as the current Secretary of the Air Force, is the only appropriate Defendant.  Therefore, Michael B. Donley, in his official capacity, is substituted for the Department of the Air Force, and all other Defendants are dismissed.

**SO ORDERED**, this the 16th day of April, 2009.

*s/  Hugh Lawson*
**HUGH LAWSON, Judge**

dhc/al

2